UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

LAVERSON LEGRAND,

                                Plaintiff,

-against-

POLICE OFFICER JOHN COSTIN, (Tax No. 903693),
POLICE OFFICER WALIUR RAHMAN, (Shield No. 6428);
POLICE OFFICER EDWARD SINCLAIR (Shield No. 5116),
POLICE OFFICER JAMES RIVERA (Shield No. 5027),
POLICE OFFICER ROBERT MALONEY, et al.,

                                Defendants.
---------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-348 (SJ) (SMG)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Law Offices of Kenneth F. Smith<br>*Attorneys for Plaintiff*<br>16 Court Street, Suite 2901<br>Brooklyn, NY 11241<br>646-450-9929 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Costin,*<br>*Rahman, Sinclair, Rivera, and Maloney*<br>100 Church Street, Rm. 3-228<br>New York, New York 10007 |
| By: _____<br>Kenneth F. Smith<br>*Attorney for Plaintiff* | By: _____<br>David de la Garza Bassett<br>*Assistant Corporation Counsel* |
| | SO ORDERED: |
| Dated: New York, New York<br>_____, 2014 | _____<br>HON. STERLING JOHNSON, JR.<br>UNITED STATES DISTRICT JUDGE |